UNITED STATES DISTRICT COURT  FILED
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION      OCT 8 2014

JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

CASE NO: 5:14-MJ- 2275 -

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) |
| | ) CRIMINAL INFORMATION |
| ALLEN, LISA J. | ) |
| | ) |

Defendant:

The United States Attorney charges:

## COUNT ONE

THAT, on or about September 24, 2013, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, ALLEN, LISA J., did unlawfully, knowingly, and intentionally possess marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 844(a).

THOMAS G. WALKER
UNITED STATES ATTORNEY

BY: *[signature]*
NATALIE J. KARELIS
Special Assistant United
States Attorney
XVIII Airborne Corps & Ft Bragg
Fort Bragg, NC  28307-5000
(910) 396-1221/1222